Blue Star Meat Corp
520 Craven Street
Bronx, NY 10474

FDNY
9 Metrotech Center
Enforcement - Rm 35-73k
Brooklyn, NY 11201-3857

Kit Realty Inc.
47 Hillside Ave.
Manhasset, Ny 11030

Kang Youl Lee, CPA, PC
303 East 5th Ave. #207
New York, NY 10016

NOAH Bank
7301 Old York Rd
Elkins Park, PA 19027

TD Auto Finance
PO Box 16035
Lewiston, ME 04249-9517