UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
IN RE:
KUM GANG INC.,

                               Debtor.

Chapter 11
Case No.18-43997

---------------------------------------------------------X

**CORPORATE OWNERSHIP STATEMENT PURSUANT
TO FEDERAL BANKRUPTCY RULE 1007(a)(l)**

Kenneth F. McCallion, the undersigned in the above-captioned case, hereby declares under penalty of perjury under the laws of the United States that the following is true and correct:

    1. My knowledge regarding these matters is based upon a review of relevant records and based upon my law firm's prior representation of the Debtor, Kum Gang Inc.

    2. The share ownership of Kum Gang Inc. is as follows:

| Name | Percentage Ownership |
|---|---|
| Ji Sung Yoo | 83% |
| Je Sang Yu | 17% |

Dated: July 14, 2018

*[signature]*

Kenneth F. McCallion
McCallion & Associates LLP
100 Park Avenue - 16th floor
New York, New York 10017
Attorneys for Debtor

(646) 366-0884