UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

                                     Chapter 11

Kum Gang Inc.

                                     Case No.: 18-43997-cec

Debtor

----------------------------------------------------------------X

## NOTICE OF SETTLEMENT OF INTERIM ORDER

PLEASE TAKE NOTICE, that the annexed is a true copy of a proposed Order that will

be presented for settlement to the Hon. Carla E. Craig, United State Bankruptcy Judge, on

September 28, 2018 at 12:00 noon, in her chambers at the United States Bankruptcy Court for

the Eastern District of New York, Conrad B. Duberstein Courthouse, 271-C Cadman Plaza East,

Brooklyn, NY 11201.

Dated: Williston Park, New York
          September 18, 2018

                                     Horing Welikson & Rosen, P.C.
                                     Attorneys for Kit Realty LLC
                                     11 Hillside Avenue
                                     Williston Park, New York 11596
                                     (516) 535-1700

                            By:     *Jeremy M. Poland*
                                     Jeremy M. Poland, Esq.

TO:   Kum Gang, Inc
       138-28 Northern Blvd.
       Flushing, NY 11354

       Kenneth F. McCallion
       McCallion & Associates LLP
       100 Park Ave.
       16th Floor
       New York, NY 10017

United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014