UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

    KUM GANG INC.,

                           Debtor

APPLICATION FOR AUTHORITY TO RETAIN KANG YOUL LEE, CPA, P.C. AS ACCOUNTANT TO DEBTOR

Chapter 11
Case No.18-43997

**PLEASE TAKE NOTICE**, that upon the annexed Debtor's Motion for APPLICATION FOR AUTHORITY TO RETAIN KANG YOUL LEE, CPA, P.C. AS ACCOUNTANT TO DEBTOR and upon all the filings and proceedings heretofore had herein, the undersigned Debtor's attorneys will move this Court, at the United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201, on the 7th day of November, 2018 at 2 o'clock in the afternoon of that day, or as soon thereafter as counsel can be heard,

    (1) for an order Granting Debtor's Motion for APPLICATION FOR AUTHORITY TO RETAIN KANG YOUL LEE, CPA, P.C. AS ACCOUNTANT TO DEBTOR; and

    (2) For such other and further relief as this Court may deem just and proper.

    PLEASE TAKE FURTHER NOTICE that Objections, if any, must be served and filed by October 31, 2018.

Dated: New York, New York
      October 17, 2018              McCALLION & ASSOCIATES LLP

                                                  _____/s/_____
                                               By: Kenneth F. McCallion
                                                100 Park Ave., 16th Floor
                                                New York, NY 10017
                                                646-366-0884
                                               Attorneys for Debtor