UNITED STATES BANKRUPTCY COURT
FOR THE EASTER DISTRICT OF NEW YORK

In re:

KUM GANG, INC.,

Debtor-in-Possession

Case no. 18-43997-CEC

Chapter 11

# CONSENT ORDER BETWEEN DEBTOR AND NOAH BANK GRANTING LEAVE FOR NOAH BANK TO FILE PROOF OF CLAIM BEYOND THE BAR DATE

**WHEREAS**, on August 20, 2018 the Court issued an order setting a bar date for creditors to file proofs of claim so that they are received on or before September 28, 2018;

**WHEREAS**, following discussions between the Debtor and Noah Bank (collectively hereinafter the "Parties", the Parties hereby stipulate and agree as follows:

1. In lieu of Noah Bank filing a motion for leave to file a late proof of claim beyond the bar date, the Debtor has granted and consented to Noah Bank's filing a proof of claim beyond the Bar Date by November 16, 2018.

2. This Consent Order may be executed by the Debtor and Noah Bank in counterparts, each of which shall be deemed an original and evidence of this Consent Order may be exchanged by fax or by electronic transmission of a scanned copy of the signature pages or by exchange of originally signed documents.

3. Each person who executes this Consent Order represents that he or she is duly authorized to execute this Consent Order.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Consent Order.

Dated: October 24, 2018

| | |
|---|---|
| Kum Gang, Inc. | Noah Bank, |
| Debtor and Debtor in Possession | Secured Creditor |
| By Counsel | By Counsel |
| | |
| McCallion & Associates LLP | Robert Yu LLC |
| Attorneys At Law | Attorneys At Law |
| | |
| /s/ Kenneth McCallion, Esq. | /s/ Robert Yu, Esq. |

SO ORDERED



**Dated: Brooklyn, New York**
**November 8, 2018**

/s/ Carla E. Craig
**Carla E. Craig**
**United States Bankruptcy Judge**

1