UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In Re:

                                                                           Chapter 11

KUM GANG INC.,
Debtor.                                    Case No.: 18-43997-cec

-----------------------------------------------------------X

## NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

PLEASE TAKE NOTICE that, upon the annexed Declaration of Jeremy M. Poland, and the exhibits annexed thereto, the undersigned will make a motion before the Hon. Carla E. Craig, United States Bankruptcy Court, Courtroom 3529, at the United States Bankruptcy Court for the Eastern District of New York, at the Courthouse, Conrad B. Duberstein Courthouse, 271-C Cadman Plaza East, Brooklyn, New York 11201, on February 6, 2019 at 2:00 o'clock in the afternoon of that day or as soon thereafter as counsel may be heard, for an for an order deeming the debtor's lease rejected pursuant to 11 U.S.C. §365(d) (4) and vacating the automatic stay and/or vacating the stay based upon the Debtor's failure to comply with this Court's interim Order dated October 5, 2018 or in the alternative expanding the Court's Conditional Order to include all amounts deemed additional rent.

Dated: Williston Park, New York
       January 23, 2019

Yours, etc.

*/s/ Jeremy M. Poland/*

JEREMY M. POLAND, ESQ. (JP4587)
(email: jpoland@hwrpc.com)
HORING WELIKSON & ROSEN P.C.
11 Hillside Avenue
Williston Park, New York 11596
(516) 535-1700

TO:    Kum Gang, Inc
         138-28 Northern Blvd.
         Flushing, NY 11354

Kenneth F. McCallion
McCallion & Associates LLP
100 Park Ave.
16th Floor
New York, NY 10017


United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014