**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In Re:                                    Chapter 11
                                          Case No.: 18-43997-cec

**KUM GANG, INC.**
                **Debtor.**
------------------------------------------------------------X

## ORDER VACATING AUTOMATIC STAY

Upon the motion of Kit Realty LLC (hereinafter referred to as the "Movant"), by Jeremy M. Poland, Esq. for an order pursuant to 11 U.S.C. § 365(d)(4) to deem the lease rejected and terminate the automatic stay with respect to the premises located at 138-18/38 Northern Boulevard, Flushing, NY 11354 (the "Premises"); and upon the record of the hearing held on February 6, 2019; and due deliberation having been had; and sufficient cause appearing therefor; it is hereby

ORDERED, that the automatic stay in effect pursuant to 11 U.S.C. § 362, is hereby terminated ***pursuant to 11 U.S.C. § 362(d)(1) and (2) (CEC)*** as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law ~~to regain possession of~~ ***with respect to (CEC)*** the Premises~~,~~.~~ including, but not limited to continuing the state landlord tenant proceeding under Index No.: 52603/18.~~  ***(CEC)***



Dated: Brooklyn, New York
       February 19, 2019

                                       _/s/ Carla E. Craig_
                                **Carla E. Craig**
                      **United States Bankruptcy Judge**