**Hearing Date:  August 6, 2019**
                                               **Hearing Time:  3:00 p.m.**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:

Kum Gang, Inc.,
                                               **Chapter 11**

              **Debtor.**                          **Case No. 18-43997 (CEC)**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF HEARING

       PLEASE TAKE NOTICE that upon the annexed Application, William K. Harrington, the United States Trustee for Region 2, will move this Court before the Honorable Carla E. Craig, Chief United States Bankruptcy Judge, at the Conrad B. Duberstein Courthouse, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201 on **August 6, 2019, at 3 p.m.**, for the approval of a Stipulation and Proposed Order (the "Stipulation") Dismissing the chapter 11 case of Kum Gang, Inc. (the "Debtor").  The Application and the Stipulation are on file with the Clerk of the Bankruptcy Court and can also be obtained from the Office of the United States Trustee, at 201 Varick Street, Suite 1006, New York, New York 10014, attention: Nazar Khodorovsky, Esq.

       PLEASE TAKE FURTHER NOTICE that any responsive papers should be filed with the Court and personally served on the United States Trustee, at the U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York   10014, to the attention of Nazar Khodorovsky, Esq., no later than seven (7) days prior to the return date set forth above.

Such papers shall conform to the Federal Rules of Bankruptcy Procedure and identify the party on whose behalf the papers are submitted, the nature of the response, and the basis for such response.

Dated: New York, New York
June 11, 2019

                                       WILLIAM K. HARRINGTON
                                       UNITED STATES TRUSTEE, REGION 2

*By:*     */s/ Nazar Khodorovsky*
           Nazar Khodorovsky
           Trial Attorney
           201 Varick Street, Suite 1006
           New York, New York 10014
           Tel. No. (212) 510-0500
           Fax No. (212) 668-2255

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re

Kum Gang, Inc.,

            Debtor.

-------------------------------------------------------x

Chapter 11

Case No. 18-43997 (CEC)

# MOTION OF THE UNITED STATES TRUSTEE FOR APPROVAL OF STIPULATION AND PROPOSED ORDER DISMISSING DEBTOR'S CHAPTER 11 CASE

TO: THE HONORABLE CARLA E. CRAIG,
    CHIEF UNITED STATES BANKRUPTCY JUDGE:

The United States Trustee for Region 2 (the "United States Trustee") hereby moves this Court for the approval of the Stipulation and Proposed Order (the "Stipulation") dismissing the chapter 11 bankruptcy case of Kum Gang, Inc. (the "Debtor"), annexed hereto as Exhibit A. In support of this motion, the United States Trustee represents and alleges as follows:

1. On July 12, 2018 (the "Filing Date"), the Debtor, represented by Kenneth F. McCallion, Esq. ("Counsel"), commenced this bankruptcy case by filing a voluntary chapter 11 petition. See ECF Doc. No. 1.

2. The United States Trustee has been unable to appoint an official committee of unsecured creditors in the Debtor's case.

3. On or about June 6, 2019, Counsel informed the United States Trustee that the Debtor was interested in the dismissal of its case.

4. On June 7, 2019, the Debtor's president and Counsel executed the Stipulation, providing for the dismissal of the Debtor's case under 11 U.S.C. § 1112(b), thus resolving all issues concerning the dismissal of the Debtor's case pursuant to 11 U.S.C. § 1112.  See Ex. A.

5. In the Stipulation, the Debtor admits that it "does not believe that it will be able to confirm a plan of reorganization" in this chapter 11 case.  Id.

6. The Debtor's inability to confirm a chapter 11 plan of reorganization provides cause for the dismissal of this case.  See In re Milasinovich, No. 11-13-12294 TA, 2014 Bankr. LEXIS 1578, at *6-7 (Bankr. D.N.M. Apr. 11, 2014) (holding that a chapter 11 case may be dismissed due to lack of a reasonable prospect of confirming a plan of reorganization).

7. The Debtor's failure to file with the Court its monthly operating report for the month of April 2019 provides further cause for the dismissal of this case.  See 11 U.S.C. § 1112(b)(4)(F).

8. The United States Trustee will serve notice of the hearing to approve the Stipulation on the Debtor, Counsel, counsel for all the parties who filed notices of appearance in this matter, and the Debtor's creditors.

WHEREFORE, the United States Trustee requests the Court's approval of the Stipulation and the dismissal of the Debtor's case.

Dated: New York, New York
       June 11, 2019

                               WILLIAM K. HARRINGTON
                               UNITED STATES TRUSTEE, REGION 2

               By:   */s/ Nazar Khodorovsky*
                      Nazar Khodorovsky
                      Trial Attorney
                      201 Varick Street, Suite 1006
                      New York, New York 10014
                      Tel. No. (212) 510-0500
                      Fax. No. (212) 668-2255

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------x

In re

Kum Gang, Inc.,

            Debtor.

------------------------------------------------------x

Chapter 11

Case No. 18-43997 (CEC)

## **STIPULATION AND ORDER DISMISSING CHAPTER 11 CASE**

WHEREAS, on July 12, 2018 (the "Filing Date"), Kum Gang, Inc. (the "Debtor") commenced this bankruptcy case by filing a voluntary petition under chapter 11 of the Bankruptcy Code; and

WHEREAS, the United States Trustee was not able to appoint an official committee of unsecured creditors in the Debtor's case; and

WHEREAS, the Debtor has, to date, not filed its monthly operating report for April 2019; and

WHEREAS, the Debtor does not believe that it will be able to confirm a plan of reorganization in its chapter 11 case; and

WHEREAS, the Debtor desires to dismiss this case.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Debtor and the United States Trustee, that this case commenced under chapter 11 of the Bankruptcy Code be, and hereby is, dismissed, pursuant to 11 U.S.C. § 1112(b), and it is further

**ORDERED**, that the Debtor pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. § 1930, and any applicable interest pursuant to 31 U.S.C. § 3717, within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements, if any, for the relevant period.

Dated: New York, New York
      June 7, 2019                      Kum Gang, Inc., Debtor

                                     By:    */s/ Kenneth F. McCallion*
                                               Kenneth F. McCallion, Esq.
                                               Attorney for the Debtor
                                               McCallion & Associates LLP
                                               100 Park Ave., 16th Floor
                                               New York, New York 10017
                                               Tel. No. (646) 366-0884

Dated: Flushing, New York
      June 7, 2019                      Kum Gang, Inc., Debtor

                                               By:    */s/ Ji Sung Yoo*
                                               Ji Sung Yoo, President

Dated: West Orange, New Jersey     WILLIAM K. HARRINGTON
      June 9, 2019                      UNITED STATES TRUSTEE, REGION 2

                                               By:    */s/ Nazar Khodorovsky*
                                               Nazar Khodorovsky
                                             Trial Attorney
                                             201 Varick Street, Suite 1006
                                             New York, New York 10014
                                             Tel. No. (212) 510-0500
                                             Fax No. (212) 668-2255

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:

Kum Gang, Inc.,

              **Chapter 11**

    Debtor.         **Case No. 18-43997 (CEC)**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## AFFIRMATION OF SERVICE

Nazar Khodorovsky affirms under penalty of perjury that the following is true and correct:

1.  I am a trial attorney with the Office of the United States Trustee for Region 2.

2.  On June 11, 2019, I caused true and correct copies of the Motion of The United States Trustee to Approve a Stipulation Between the United States Trustee and the Debtor Dismissing this Chapter 11 Case (the "Motion"), to be served by first-class mail upon the parties listed on the attached Schedule A by depositing true copies of same in sealed envelopes, with postage pre-paid thereon, in an official depository of the U.S. Postal Service within the City and State of New York.

                */s/ Nazar Khodorovsky*
                Nazar Khodorovsky

## Schedule A

Kum Gang, Inc.
138-28 Northern Blvd.
Flushing, NY 11354

Kenneth F. McCallion, Esq.
McCallion & Associates LLP
100 Park Ave., 16th Floor
New York, NY 10017

Robert H. Yu, Esq.
Robert Yu LLC
716 Hudson Park
Edgewater, NJ 07020

Randi Beth Gilbert, Esq.
Horing Welikson & Rosen, P.C.
11 Hillside Avenue
Williston Park, NY 11596

Kang Youl Lee, C.P.A., P.C.
303 Fifth Avenue, Suite 1207
New York, NY 10016

Noah Bank
7301 Old York Road
Elkins Park, NY 11354

NYC Department of Finance
Tax, Audit and Enforcement Division
345 Adams Street, 10th Floor
Brooklyn, NY 11201

Illinois Union Insurance Company
c/o Chubb
202A Hall's Mill Road - Bldg A
Whitehouse Station, NJ 08889

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

New York State Department of Labor
Unemployment Division
State Campus Building 12, Room 256
Albany, NY 12240