McCALLION & ASSOCIATES LLP
100 Park Avenue, 16th Floor
New York, New York 10017
Phone: 1-646-366-0884  Fax: 1- 646-366-1384

Kenneth F. McCallion
kfm@mccallionlaw.com

June 12, 2019

Hon. Carla E. Craig
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, New York 11201

            Re: In re Kum Gang Inc.
              Chapter 11
              Case No. 18-43997

Dear Judge Craig:

  This is to request that the status conference in the above-referenced matter be adjourned from today (June 12th) to the return date of the pending motion by the U.S. Trustee for approval of a Stipulation and Proposed Order dismissing the Chapter 11 case of Kum Gang Inc. ("the Debtor"). Although the Notice of Hearing (Doc. 89) for said motion sets the return date as August 6, 2019 at 3 p.m., we are advised by Ms. Tracie Leonard that this date must be moved to August 7, 2019 at 3 p.m. After consulting with the U.S. Trustee's Office, we are also requesting that the return date of the U.S. Trustee's motion and hearing be adjourned to the same date.

  We, therefore, respectfully request that the status conference in this matter and the U.S. Trustee's motion and hearing date (Doc. 89) both be moved to August 7, 2019 at 3 p.m.

              Respectfully submitted,

              /s/ *Kenneth F. McCallion*

              Kenneth F. McCallion

cc: U.S. Trustee (via ECF)
  All other parties of record (via ECF)