McCALLION & ASSOCIATES LLP
100 Park Avenue, 16th Floor
New York, New York 10017
Phone: 1-646-366-0884  Fax: 1- 646-366-1384

Kenneth F. McCallion
kfm@mccallionlaw.com

**VIA ECF**

August 7, 2019

Hon. Carla E. Craig
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, New York 11201

> Re: In re Kum Gang Inc.
> Chapter 11
> Case No. 18-43997

Dear Judge Craig:

    I am counsel for the Debtor in the above referenced matter, which consents to the dismissal of this Chapter 11 proceeding. As I advised Tracie Leonard earlier today by telephone, I have a family emergency that prevents me from appearing today at 3:00 pm on the US Trustee's motion to approve the stipulation dismissing the Debtor's Chapter 11 case (Docket #89). Ms. Leonard advised that since the Debtor is consenting to the motion, I could request that my appearance be waived.

    I therefore respectfully request that the Stipulation dismissing the Debtor's Chapter 11 case be granted and that my appearance be waived.

Respectfully submitted,

*/s/ Kenneth F. McCallion*

Kenneth F. McCallion

cc: U.S. Trustee (via ECF)
    All other counsel of record (via ECF